```
 1
 2
 3
 4
 5
 6
 7
 8                      UNITED STATES DISTRICT COURT
 9                     EASTERN DISTRICT OF CALIFORNIA
10
11  ESTATE OF RICHARD AND
    FLORA NAHIGAN, et al.,
12
                        Plaintiffs,
13
                 v.                       CIV. NO. S-05-399 LKK/PAN
14
    MERCK & CO., INC., a
15  corporation; and McKESSON
    CORPORATION, a corporation,
16
                        Defendants.
17  _____/
    HELEN ARONIS,
18
                        Plaintiff,
19
                 v.                       CIV. NO. S-05-486 WBS/DAD
20
    MERCK & CO., INC., a
21  corporation; and McKESSON
    CORPORATION, a corporation,
22
                        Defendants.
23  _____/

24  ////

25  ////

26  ////
```

```
 1  EVELYN MAYO,

 2                  Plaintiff,

 3           v.                          CIV. NO. S-05-580 GEB/KJM

 4  MERCK & CO., INC., a
    corporation; and McKESSON
 5  CORPORATION, a corporation,

 6                  Defendants.
                                    /
 7  ALLEN HURLBURT,

 8                  Plaintiff,

 9           v.                          CIV. NO. S-05-606 MCE/KJM

10  MERCK & CO., INC., a
    corporation; and McKESSON
11  CORPORATION, a corporation,

12                  Defendants.
                                    /
13  LEONARD LAGDEN,

14                  Plaintiff,

15           v.                          CIV. NO. S-05-656 DFL/PAN

16  MERCK & CO., INC., a
    corporation; and McKESSON
17  CORPORATION, a corporation,

18                  Defendants.
                                    /
19  LARRY GRAHAM,

20                  Plaintiff,

21           v.                          CIV. NO. S-05-660 MCE/PAN

22  MERCK & CO., INC., a
    corporation; and McKESSON
23  CORPORATION, a corporation,         NON-RELATED CASE ORDER

24                  Defendants.
                                    /
25

26  ////
```

1  The court has received the Notice of Related Cases concerning
2 the above-captioned cases filed April 12, 2005.  <u>See</u> Local Rule 83-
3 123, E.D. Cal. (1997).  The court has determined, however, that it
4 is inappropriate to relate or reassign the cases, and therefore
5 declines to do so.  This order is issued for informational purposes
6 only, and shall have no effect on the status of the cases,
7 including any previous Related (or Non-Related) Case Order of this
8 court.
9  IT IS SO ORDERED.
10  DATED:  April 26, 2005.

                               /s/Lawrence K. Karlton
                               LAWRENCE K. KARLTON
                               SENIOR JUDGE
                               UNITED STATES DISTRICT COURT